An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AZUJHON KENNETH SIMS,
Appellant,
vs.
DAVID ROGER, CLARK COUNTY
DISTRICT ATTORNEY,
Respondent.

No. 59959

FILED

JUN 14 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order dismissing appellant's complaint in a tort action. First Judicial District Court, Carson City; James Todd Russell, Judge.

Having reviewed appellant's proper person appeal statement and the record, we conclude that appellant's complaint was properly dismissed.[1] NRCP 12(b)(5); *County of Washoe v. Second Judicial Dist. Court*, 98 Nev. 456, 457, 652 P.2d 1175, 1176 (1982) ("[A] district attorney is immune from damages for his actions and conduct arising from the performance of his criminal prosecutorial function."); *see also* 37 C.F.R. § 202.1(a) (indicating that "[w]ords and short phrases such as names" are "not subject to copyright"). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]To the extent that appellant challenges the district court's rulings on appellant's motion for summary judgment and respondent's motion to strike, these motions were properly ruled upon.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17602

cc: Hon. James Todd Russell, District Judge
Azujhon Kenneth Sims
Clark County District Attorney/Civil Division
Carson City Clerk